*Milton D. Goldman* and *Daniel M. Shientag* for appellants.
*Dominick A. DeRogatis* for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

RUSSELL L. BARTLETT, as Administrator of the Estate of DANIEL J. BARTLETT, Deceased, et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 32504.)

Argued November 15, 1954; decided December 31, 1954.

*Nathan L. Levine* and *Edward M. Edenbaum* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of NATALIA J. ODELL, Appellant, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.

Argued November 18, 1954; decided December 31, 1954.